UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re: §
§
WELSH, LELAND DONALD § Case No. 17-41273
WELSH, KIM MICHELLE §
§
Debtors §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/25/2017 . The undersigned trustee was appointed on 10/25/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 7,369.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 30.93 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 537.38 |
| Leaving a balance on hand of[1]  $ | 6,800.69 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/29/2018 and the deadline for filing governmental claims was 05/29/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,433.16 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,433.16 , for a total compensation of $ 1,433.16 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 115.58 , for total expenses of $ 115.58 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/31/2018        By:/s/Robert L. Baer, Trustee
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

| Case No: | 17-41273 JMK Judge: JANICE MILLER KARLIN | Trustee Name: | Robert L. Baer, Trustee |
|---|---|---|---|
| Case Name: | WELSH, LELAND DONALD | Date Filed (f) or Converted (c): | 10/25/17 (f) |
| | WELSH, KIM MICHELLE | 341(a) Meeting Date: | 11/28/17 |
| For Period Ending: 07/31/18 | | Claims Bar Date: | 05/29/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, 3411 Tulane Lane Lot 4 Block  Although the Debtors valued this at $189,000, they testified it had been listed with a realtor for 9 months at $179,000 and no offers were received. They also understated the secured debt. | 189,000.00 | 0.00 | | 0.00 | FA |
| 2. Single-family home, 911 Nicholson Rd.Chapman KS 6  Debtor Claimed Exemption | 167,865.50 | 0.00 | | 0.00 | FA |
| 3. 2008 Chev Pickup mileage: 110,000  Debtor Claimed Exemption | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. 2011 Buick Enclave mileage: 75000  Debtor Claimed Exemption | 21,000.00 | 0.00 | | 0.00 | FA |
| 5. 16 X 80 Mobile Home (This is a demolished trailer | 0.00 | 0.00 | | 0.00 | FA |
| 6. debtors ordinary replacement value of household go  Debtor Claimed Exemption | 7,500.00 | 0.00 | | 0.00 | FA |
| 7. 3 cellphone, 4 televisions, 2 laptops | 250.00 | 0.00 | | 0.00 | FA |
| 8. 1 308 pistol and 1-410 shotgun | 200.00 | 200.00 | | 0.00 | FA |
| 9. ordinary replacement value of clothing  Debtor Claimed Exemption | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. wedding rings and items of costume jewelry  Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Astra Bank | 100.00 | 100.00 | | 0.00 | FA |
| 12. Astra Bank 2 individual accounts ($100.00 per bank | 200.00 | 200.00 | | 0.00 | FA |
| 13. Merritt Trust - Kim Welsch | 5.00 | 5.00 | | 0.00 | FA |
| 14. civil service pension for Kim Welsh  Debtor Claimed Exemption | Unknown | 0.00 | | 0.00 | FA |

| Case No: | 17-41273 JMK Judge: JANICE MILLER KARLIN | Trustee Name: | Robert L. Baer, Trustee |
|---|---|---|---|
| Case Name: | WELSH, LELAND DONALD | Date Filed (f) or Converted (c): | 10/25/17 (f) |
|  | WELSH, KIM MICHELLE | 341(a) Meeting Date: | 11/28/17 |
|  |  | Claims Bar Date: | 05/29/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Ditech has a claim for the insurance proceeds and | Unknown | 0.00 |  | 0.00 | FA |
| 16. 2017 Tax Refunds (u) | 6,831.62 | 3,000.00 |  | 6,831.62 | FA |
| TOTALS (Excluding Unknown Values) | $399,952.12 | $3,505.00 |  | $6,831.62 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Fully collected and claims review completed;

Initial Projected Date of Final Report (TFR): 11/28/18     Current Projected Date of Final Report (TFR): 07/31/18

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-41273 -JMK | Trustee Name: | Robert L. Baer, Trustee |
|---|---|---|---|
| Case Name: | WELSH, LELAND DONALD | Bank Name: | BOK FINANCIAL |
|  | WELSH, KIM MICHELLE | Account Number / CD #: | *******7201 Checking Account |
| Taxpayer ID No: | *******2566 | | |
| For Period Ending: | 07/31/18 | Blanket Bond (per case limit): | $ 25,100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/17/18 | | UNITED STATES TREASURY | PYMT OF 2017 TAX REFUNDS | | 5,006.00 | | 5,006.00 |
| | | 2017 FEDERAL TAX REFUND | | | | | |
| | 16 | | Memo Amount: 4,633.88 | 1224-000 | | | |
| | | | Estate's Share of Tax Refund | | | | |
| | | | Memo Amount: 372.12 | 1280-000 | | | |
| | | | Joint Debtor's Share of Tax Refund | | | | |
| 04/17/18 | | UNITED STATES TREASURY | PYMT OF 2017 TAX REFUNDS | | 2,363.00 | | 7,369.00 |
| | | 2017 FEDERAL TAX REFUND | | | | | |
| | 16 | | Memo Amount: 2,197.74 | 1224-000 | | | |
| | | | Estate's Share of Tax Refund | | | | |
| | | | Memo Amount: 165.26 | 1280-000 | | | |
| | | | Debtor's Share of Tax Refund | | | | |
| 04/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,359.00 |
| 05/21/18 | 000101 | LELAND DONALD WELSH | PRO RATA SHARE/2017 FED TAX REFUND | 8500-002 | | 165.26 | 7,193.74 |
| | | 911 NICHOLSON ROAD | PER ORDER 5/16/18 | | | | |
| | | CHAPMAN, KS 67431 | | | | | |
| 05/21/18 | 000102 | KIM MICHELLE WELSH | PRO RATA SHARE/2017 FED TAX REFUND | 8500-002 | | 372.12 | 6,821.62 |
| | | 911 NICHOLSON ROAD | PER ORDER 5/16/18 | | | | |
| | | CHAPMAN, KS 67431 | | | | | |
| 05/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.93 | 6,810.69 |
| 06/29/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,800.69 |

| | | Page Subtotals | 7,369.00 | 568.31 |
|---|---|---|---|---|

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-41273 -JMK | | Trustee Name: | Robert L. Baer, Trustee |
|---|---|---|---|---|
| Case Name: | WELSH, LELAND DONALD | | Bank Name: | BOK FINANCIAL |
| | WELSH, KIM MICHELLE | | Account Number / CD #: | *******7201 Checking Account |
| Taxpayer ID No: | *******2566 | | | |
| For Period Ending: | 07/31/18 | | Blanket Bond (per case limit): | $ 25,100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 7,369.00 | COLUMN TOTALS | | 7,369.00 | 568.31 | 6,800.69 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,369.00 | 568.31 | |
| | Memo Allocation Net: | 7,369.00 | Less: Payments to Debtors | | | 537.38 | |
| | | | Net | | 7,369.00 | 30.93 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 7,369.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 0.00 | Checking Account - *******7201 | | 7,369.00 | 30.93 | 6,800.69 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | Total Memo Allocation Net: | 7,369.00 | | | 7,369.00 | 30.93 | 6,800.69 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Case Number: 17-41273
Debtor Name: WELSH, LELAND DONALD

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 3110-00 | ROBERT L. BAER | Administrative | | $90.00 | $0.00 | $90.00 |
| 000001 500 7100-00 | TD Bank USA<br>by American InfoSource LP as agent<br>PO Box 248866<br>Oklahoma City OK 73124-8866 | Unsecured | Filed 02/20/18 | $3,294.85 | $0.00 | $3,294.85 |
| 000002 500 7100-00 | Heart and Vascular Clinics LLC<br>Box 803<br>Manhattan KS 66505 | Unsecured | Filed 02/28/18 | $120.00 | $0.00 | $120.00 |
| 000003 500 7100-00 | Capital One Bank USA NA<br>PO Box 71083<br>Charlotte NC 28272-1083 | Unsecured | Filed 03/08/18 | $2,448.81 | $0.00 | $2,448.81 |
| 000004 500 7100-00 | Kansas Gas Service<br>Box 3535<br>Topeka KS 66601 | Unsecured | Filed 04/09/18 | $125.00 | $0.00 | $125.00 |
| 000005 500 7100-00 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk VA 23541 | Unsecured | Filed 05/18/18 | $135.72 | $0.00 | $135.72 |
| | Case Totals: | | | $6,214.38 | $0.00 | $6,214.38 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-41273
Case Name: WELSH, LELAND DONALD
              WELSH, KIM MICHELLE
Trustee Name: Robert L. Baer, Trustee

      Balance on hand                                                                            $               6,800.69

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert L. Baer, Trustee | $ 1,433.16 | $ 0.00 | $ 1,433.16 |
| Trustee Expenses: Robert L. Baer, Trustee | $ 115.58 | $ 0.00 | $ 115.58 |
| Attorney for Trustee Fees: ROBERT L. BAER | $ 90.00 | $ 0.00 | $ 90.00 |

    Total to be paid for chapter 7 administrative expenses          $         1,638.74
    Remaining Balance                                                            $         5,161.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,124.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 84.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TD Bank USA | $ 3,294.85 | $ 0.00 | $ 2,777.07 |
| 000002 | Heart and Vascular Clinics LLC | $ 120.00 | $ 0.00 | $ 101.14 |
| 000003 | Capital One Bank USA NA | $ 2,448.81 | $ 0.00 | $ 2,063.99 |
| 000004 | Kansas Gas Service | $ 125.00 | $ 0.00 | $ 105.36 |
| 000005 | Synchrony Bank | $ 135.72 | $ 0.00 | $ 114.39 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,161.95 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE